UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 MAR 21 PM 2:24

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff, § <br> v. § <br> JULIAN GERARDO SUAZO-LOPEZ, § <br> A/K/A DAVID SUAZO-LOPEZ § <br> Defendant. § | CRIMINAL NO. <br> **INDICTMENT**   **A17 CR 130 LY** <br> [Violation: 8 U.S.C. § 1326 <br> Illegal Re-entry into the United States.] |

**4:19mj1496**

United States Courts
Southern District of Texas
FILED
*August 13, 2019*
David J. Bradley, Clerk of Court

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[8 U.S.C. § 1326]

On or about August 7, 2016, in the Western District of Texas, Defendant,

**JULIAN GERARDO SUAZO-LOPEZ, A/K/A DAVID SUAZO-LOPEZ,**

an alien, was found in the United States, after having been denied admission, excluded, deported and removed therefrom on or about August 22, 2012, and the Defendant had not obtained consent to reapply for admission from the Attorney General of the United States or his successor, the Secretary of Homeland Security; all in violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

**ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002**

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

BY: _/s/ Mark Marshall_
MARK H. MARSHALL
Assistant U.S. Attorney

AUSA Marshall

# United States District Court FILED
For the Western District of Texas
Austin Division

2017 FEB 3 AM 11:49

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY

United States of America, §
§
v. §
§ Case Number: A:17-m-110
Julian Gerardo Suazo-Lopez §
Aka: David Suazo-Lopez §
§
§

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **August 7, 2016**, in the county of **Travis**, in the Western District of Texas, the defendant, **Julian Gerardo Suazo-Lopez**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **August 7, 2016**, the defendant, an alien, was found in the Travis County jail, Austin, Texas, within the Western District of Texas. A Deportation Officer lodged a detainer after interviewing the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about **August 22, 2012**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Signature of Complainant (E. Mathis)
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence.

February 3, 2017                             Austin, Texas
                                         at
_____                      _____
Date                                         City and State

Mark Lane
United States Magistrate Judge
                                             _____
_____                      Signature of Judicial Officer
Name & Title of Judicial Officer

AO 442 (Rev. 12/85) Warrant for Arrest            AUSA Marshall

# United States District Court

Western      DISTRICT OF      Texas

UNITED STATES OF AMERICA
V.
Julian Gerardo Suazo-Lopez

**WARRANT FOR ARREST**

CASE NUMBER: A:17-m-110

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **Julian Gerardo Suazo-Lopez**

<br>*Name*

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (Brief description of offense)

Illegal reentry of an alien who has been deported from the United States

In violation of Title __8__ United States Code, Section(s) __1326__

| Mark Lane | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | February 3, 2017    Austin, Texas |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
<br>                                                                               Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |